O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK VOHRA,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF PLACENTIA, ET AL.,<br><br>         Defendants. | CASE NO. SA CV 11-01267 DSF (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the First Interim Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the First Interim Report.

DATED: 3/5/12

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE