DEEPAK VOHRA
1112 N Bradford Ave, Apt 223
Placentia, Ca. 92870
Plaintiff, In Pro Se
(714) 993-0352

FILED
2012 MAY 25 PM 2:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK VOHRA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLACENTIA, LIEUTENANT RICHARD PASCARELLA, [#1133], CHIEF OF POLICE JAMES ANDERSON, AND DOES 1-50 Inclusive<br><br>Defendants. | Case No.: SACV11-1267 DSF(RZ)<br><br>**DECLERATION OF DEEPAK VOHRA IN SUPPORT OF OPPOSITION TO SET ASIDE STAY OF DISCOVERY FOR PLAINTIFF'S DEPOSITION AND COMPEL DEPOSITION**<br><br>Date: June 4, 2012<br>Time: 10:00 a.m.<br>Courtroom: 540 Roybal United States Courthouse |

DECLARATION OF DEEPAK VOHRA

I, Deepak Vohra, declare as follows:

1) Defendants and their attorneys have done it again. On 5/17/12 defendants attorney Hamilton has filed a declaration in court (Docket #60) with a perjuries proof of service. To date I have not been served/received this declaration of attorney Hamilton. I went to the Court's website and had to download it. I dispute attorney Hamilton's declaration.

2) On 5/3/12 I received in the mail defendants joint stipulation Re; Defendants Notice of Motion. On the same day (5/3/12 about 12:15 p.m) I called attorney Hamilton and notified him that I was never served defendants portion of joint stipulation so plaintiff could add his portion of the joint stipulation. Attorney Hamilton stated defendants portion of joint stipulation was left in front of my door. I told him I never received it. Thereafter the same day I also faxed a letter to attorney Hamilton to that effect. Attorney Hamilton never called me or communicated with me that he caused to be left in front of my door in the hallway defendants portion of joint stipulation or inquired whether I had received it. I have never received defendants portion of the joint stipulation. I dispute defendants portion of joint stipulation was left in front of my door in the hallway.

3) Most importantly, the Court by its Order dated 4/9/12 had stayed discovery as between Plaintiff and the currently-appearing Defendants, except for any further discovery oriented to identification of John Doe defendants. Defendants and their attorneys should be sanctioned for violating the Court's Order dated 4/9/12 by bringing this meritless, frivolous, bad faith motion.

4) Further defendants have violated this Court's Order by refusing to provide the name and address information on the DOE defendants which were Ordered revealed by the Court; defendants know plaintiff is injured and under treatment; plaintiff has never refused to be deposed; defendants cite to no federal rule or case law which entitles them to stay plaintiff's discovery while allowing them to do discovery. Defendants and their attorneys should be sanctioned for bringing a meritless, frivolous, bad faith motion.

5) Defendants have a history of not serving me documents. On 11/22/11 defendant filed with this court their motion to dismiss with a perjurious proof of service declaring it was served by mail on me that day. (Docket #21). On 11/28/11 and again on 11/29/11 I wrote to defendants attorney notifying them that defendants motion to dismiss has still not been served on me.

6) On 5/3/12 about 12:15 p.m. I called and spoke to attorney Hamilton to meet and confer regarding defendants refusal to disclose the name and address of the Doe defendant

in violation of the Court's Order. I again informed attorney Hamilton that I am not well and am calling to meet and confer telephonically. Attorney Hamilton refused to meet and confer and went on interrupting me when I tried to discuss the identity of the Doe defendant issue and then hung up the phone saying you can meet and confer after taking your medications. This is not the first time attorney Hamilton has done this. Previously on 3/19/12 at 10 a.m. as per court's Order I went to meet and confer in person at his office regarding the discovery dispute and he had again refused to meet and confer and instead kept on repeatedly interrupting me and then started insulting me and shouting I am crazy, did I take my medications this morning, and told me I need to see a psychiatrist. I told attorney Hamilton not to insult me and to get back to discovery dispute. Attorney Hamilton refused to confer regarding the discovery dispute (See Plaintiff's Supplemental Declaration In Support Of His Motion To Compel And For Sanctions, filed 4/2/12 (Docket #48)).

7) Defendants have violated the Court's Order dated 4/9/12 and not fully complied with it. Defendants have refused to provide the name and address information on all the DOE defendants. This Order states 'the Court's partial grant of the motion as to requests 11, 13 and 16 <u>is coupled with an order intended to provide Plaintiff the information he needs</u>'. The Court Order further stated 'The Court STAYS discovery as between Plaintiff and the currently-appearing Defendants, <u>except for any further discovery oriented to identification of John Doe defendants</u>.' Inspite of plaintiff's repeated letters dated 4/13/12, 4/16/12, 4/18/12 to defendants in this regard, todate defendants have not disclosed the name and address of the Doe defendant against whom plaintiff had made complaint in person to Placentia police (officer Malone #1185) on 4/9/11 (Incident number 110990056) which is in violation of the Court's Order. Defendants should be Ordered to provide plaintiff the name and address information on all of the DOE defendants and sanctioned. Attached as Exhibits 1, 2, 3 are true and correct copies of plaintiff's letters dated 4/13/12, 4/16/12, 4/18/12 to defendants attorney Hamilton.

8) On 3/20/12 I suffered injuries. The medical record show nasal bone fracture, concussion and brain injury, face-scalp-neck contusion. I have severe headaches and blurry vision.

3

9)     Thereafter, I was examined by my primary care doctor Dr Beshai who referred me to see a neurologist and a ophthalmologist. Dr Beshai prescribed me medication which makes me nauseated and drowsy. Dr Beshai also certified bed rest for me for six weeks. I am under treatment with a neurologist and have been examined by a ophthalmologist. I do not see the need to reveal their names. If Court Orders me to reveal their names I will.

10)    I have never refused to be deposed. I should be given time to recover from my injuries before I should be asked to depose.

11)    I should be allowed to complete discovery on the name & address information on all of the DOE defendants so a proper complaint can be filed with the court and served on all the parties before the current stay on discovery between the named parties should be lifted

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/24/12

*[signature]*

Deepak Vohra, Plaintiff.Declarant

To:
    Attorney Hamilton              via fax # (714) 953-1143
    Ferguson, Praet & Sherman
    1631 East 18th Street
    Santa Ana, Ca. 92705
    (Attorneys for defendants)

Re: Vohra v City of Placentia et al
Case No.: SACV 11-1267 DSF(RZ)

Dear attorney Hamilton,
        pursuant to the Court's April 9, 2012 Order, the defendants were Ordered to disclose names and addresses of the Doe defendants. Yet todate defendants have refused to disclose them. As usual, to mislead the Court you have filed (on 4/11/12) with the Court a document titled DEFENDANTS' NOTICE OF DISCLOSURES MADE PURSUANT TO COURT'S APRIL 9, 2012 ORDER; ATTACHMENTS "1" THROUGH "6", with a perjurious proof of service. Todate I have not received this document. I will bring this to the Court's attention and ask for sanctions.
        Pursuant to the Court's April 9, 2012 Order 'The Court STAYS discovery as between Plaintiff and the currently-appearing Defendants, except for any further discovery oriented to identification of John Doe defendants. The Court anticipates lifting the stay once service of process has been effected upon any newly allowed parties, and the Court has ruled on any motions by such newly allowed parties.'
        It has been brought to my attention that your office has been contacting and harassing my doctor and his office. I demand you stop this immediately

                                    Sincerely

                                    *Deepak Vohra* (signature)

4/13/12                            Deepak Vohra
                                    Plaintiff, In Pro Per
                          1112 N Bradford Ave, Apt 223
                                Placentia, Ca. 92870

EXHIBIT 1

To:
   Attorney Hamilton                         via fax # (714) 953-1143
   Ferguson, Praet & Sherman
   1631 East 18th Street
   Santa Ana, Ca. 92705
   (Attorneys for defendants)

Re: Vohra v City of Placentia et al
Case No.: SACV 11-1267 DSF(RZ)

Dear attorney Hamilton,
                Defendants are in violation of Court's Order dated April 9, 2012. Pursuant to this Order the defendants were Ordered to disclose names and addresses of the Doe defendants. Yet todate defendants have not disclosed the name and address of the Doe defendant against whom plaintiff had made complaint in person to Placentia police (officer Malone #1185) on 4/9/11 (Incident number 110990056).
        I demand you provide me this Doe defendant's name and address by tomorrow or I will bring it to the Court's attention and seek sanctions.

                                                    Sincerely

                                             *[signature]*

4/16/12                                         Deepak Vohra
                                            Plaintiff, In Pro Per
                                  1112 N Bradford Ave, Apt 223
                                          Placentia, Ca. 92870

EXHIBIT 2

To:
    Attorney Hamilton             via fax # (714) 953-1143
    Ferguson, Praet & Sherman
    1631 East 18th Street
    Santa Ana, Ca. 92705
    (Attorneys for defendants)

Re: Vohra v City of Placentia et al
Case No.: SACV 11-1267 DSF(RZ)

Dear attorney Hamilton,
    Received your letter dated 4/16/12. Defendants are in violation of Court's Order dated April 9, 2012. This Order states 'the Court's partial grant of the motion as to requests 11, 13 and 16 is coupled with an order intended to provide Plaintiff the information he needs'. The Court Order goes on to say 'Defendants shall provide responsive documents containing unredacted name and address information for the third parties at issue in these requests'. The Court Order further states "The Court STAYS discovery as between Plaintiff and the currently-appearing Defendants, except for any further discovery oriented to identification of John Doe defendants.'
    Yet todate defendants have not disclosed the name and address of the Doe defendant against whom plaintiff had made complaint in person to Placentia police (officer Malone #1185) on 4/9/11 (Incident number 110990056). The document provided had the Doe defendants name and address information redacted (Exhibit K). Todate unredacted name and address information of this Doe defendant has not been provided in violation of the Court's Order.
    I demand you provide me this Doe defendant's name and address by 5p.m. today or I will bring it to the Court's attention and seek sanctions.

                                              Sincerely

                                              *[signature]*

4/18/12                                   Deepak Vohra
                                             Plaintiff, In Pro Per
                                    1112 N Bradford Ave, Apt 223
                                            Placentia, Ca. 92870

EXHIBIT #3

## PROOF OF SERVICE BY MAIL

I Deepak Vohra, do swear or declare that on May 25, 2012, I served copies of the DECLERATION OF DEEPAK VOHRA IN SUPPORT OF OPPOSITION TO SET ASIDE STAY OF DISCOVERY FOR PLAINTIFF'S DEPOSITION AND COMPEL DEPOSITION; by enclosing it (them) in a sealed envelope, with postage fully prepaid, first class, by depositing them in the United States mail in Placentia, California, addressed as follows:

Jon Hamilton
Ferguson, Praet & Sherman
1631 East 18th Street
Santa Ana, Ca. 92705
[Attorneys for Defendants]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/25/12

*(signed)* Deepak Vohra

—————————————
Deepak Vohra