**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK VOHRA,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY OF PLACENTIA, ET AL.,<br><br>             Defendants. | CASE NO. SA CV 11-01267 DSF (RZ)<br><br>ORDER ACCEPTING SECOND INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Second Interim Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Second Interim Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Second Interim Report.

DATED: 7/31/12

*[signature: Dale S. Fischer]*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE