O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEEPAK VOHRA, | ) | CASE NO. SA CV 11-01267 DSF (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| CITY OF PLACENTIA, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Third and Final Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed (1) with prejudice as to the federal legal claims against the moving defendants, (2) without prejudice as to the state legal claims against all defendants; and (3) without prejudice as to the DOE defendants.

DATED: 4/15/13

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE